**Timothy M. Smith, Esq. [SBN 125534]**
**TRACHTMAN & TRACHTMAN, LLP**
**19732 MacArthur Blvd., Suite 100**
**Irvine, CA 92612**
**Telephone: (949) 282-0100**
**Facsimile: (949) 282-0111**

Attorneys for Defendant Sugar Bowl Corporation

# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>SUGAR BOWL CORPORATION, a California Corporation, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C §1441(b) (DIVERSITY)** |

**TO THE UNITED STATED DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION:**

Defendant Sugar Bowl Corporation ("Sugar Bowl") notices the removal of this action to the United States District Court, and in support thereof, states:

1. On February 20, 2020, Plaintiff Travelers Property Casualty Insurance Company ("Travelers") filed an action in the Superior Court of the State

-1-
_____
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C §1441(b)
(DIVERSITY)

of California, in and for the County of Nevada (Case No. CU20-084530) entitled "Travelers Property Casualty Insurance Company vs. Sugar Bowl Corporation and Does 1-20." A copy of the Summons and Complaint is attached as **EXHIBIT "A."**

2. The complaint was personally served on Sugar Bowl on February 27, 2020. Sugar Bowl does not possess a copy of the Proof of Service, but the docket from the Nevada County Superior Court's website shows the Complaint was served upon Sugar Bowl on February 27, 2020 (see **EXHIBIT "B"** hereto).

3. No further proceedings have occurred in the matter now pending before the Nevada County Superior Court.

4. This Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and the controversy involves citizens of different states, including Plaintiff Travelers Property Insurance Company, which is a Connecticut Corporation.

5. For purposes of removal, venue is proper in this District under 28 U.S.C. §1441(a)(1) because the California court where the suit is pending is located in this District.

6. Removal is proper under 28 U.S.C. §1332(a)(1) and 28 U.S.C. §1441(a) on the basis of diversity of citizenship of all parties.

7. Plaintiff Travelers is a Connecticut corporation.

8. Defendant Sugar Bowl is a California corporation with its principal place of business in the State of California. Sugar Bowl was served on February 27, 2020.

9. There is now, and there was at the time of the commencement of this action, complete diversity between Plaintiff and Defendant.

10. Pursuant to 28 U.S.C. § 1332(a)(1), the District Court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs and is between citizens of

different states.

11.   The amount placed in controversy by Plaintiff in this case is well in excess of $75,000.

12.   Pursuant to 28 U.S.C. § 1441, any civil action brought in a State Court, where the United States District Court has original jurisdiction, may be removed by the defendant to the United States District Court for the district and division embracing the place where such action is pending. The present action is such an action based on diversity of citizenship and the amount of the claim in question.

13.   This Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. §1332 in that there is complete diversity between the parties and more than $75,000 in controversy, exclusive of interest and costs.  Pursuant to 28 U.S.C. § 1441, Defendant Sugar Bowl Corporation is therefore entitled to remove this action to this Court.

14.   Thirty days have not elapsed since Defendant Sugar Bowl Corporation was properly served with the Summons and Complaint in this action.

15.   A copy of the Civil Case Cover Sheet filed by Plaintiff is attached hereto as **EXHIBIT "C."**  **EXHIBITS A - C** comprise all of the papers and pleadings filed by Plaintiff in the California Superior Court action.

16.   The Declaration of Timothy M. Smith is attached hereto as **EXHIBIT "D."**

17.   A true and correct copy of this Notice of Removal will be filed immediately with the Clerk of Nevada County Superior Court.

18.   DOES 1-20 are named and sued fictitiously and their citizenship, except as otherwise noted above, is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

///

///

Based on the foregoing, Defendant Sugar Bowl removes the above action, now pending the Superior Court for the County of Nevada as Case No. CU20-084530, to this Court.

DATED:  March 25, 2020  **TRACHTMAN & TRACHTMAN, LLP**

*/s/ Timothy M. Smith*
By:_____
　　Timothy M. Smith
　　Attorneys for Defendant Sugar Bowl
　　Corporation

# PROOF OF SERVICE
## FRCP 5

I, Stephanie Straka, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 19732 MacArthur Blvd., Suite 100, Irvine, CA 92612.

On March 25, 2020, I served the interested parties in this action with the following documents:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY) AND CIVIL COVER SHEET**

as follows:

[ ] **_BY ELECTRONIC TRANSMISSION:_**

I caused such document to be electronically transmitted via United States District Court, Eastern District of California, which is then printed and maintained with the original documents in our office.

[X] **BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) placing ( ) the original (X) a true copy thereof enclosed in the sealed envelopes addressed as follows:

Susan E. Kirkgaard, Esq.
Law Offices of John A. Biard
P.O. Box 64093
St. Paul, Minnesota 55164-0093
T: (916) 638-6610 | F: (855) 638-6579
**Attorneys for Plaintiff Travelers Property Casualty Insurance Company**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 25, 2020, at Irvine, California.

*/s/ Stephanie Straka*

_____

Stephanie Straka, Declarant